# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAFAYETTE-OPELOUSAS DIVISION

GLENN PALUMBO                                   CIVIL ACTION NO. 07-0387

VS.                                             JUDGE HAIK

SEA MAR MANAGEMENT, L.L.C.                      MAGISTRATE JUDGE METHVIN
M/V CAPE KALIKANE

### RULING ON UNOPPOSED MOTION TO RECONSIDER COURT'S RULING ON MOTION TO COMPEL PLAINTIFF TO SUBMIT TO AN IME
*(Rec. Doc. 57)*

On October 1, 2007, plaintiff filed the instant motion to reconsider the ruling on

defendant's motion to compel plaintiff to submit to an independent medical examination.[1]  The

motion is set on the undersigned's October 24, 2007 motion date with oral argument in

accordance with the undersigned's normal procedures.[2]

Defendant's motion to compel was granted as the undersigned concluded that plaintiff's

physical condition is in controversy and defendant had shown good cause for the independent

medical examination.  The ruling reflected that no opposition had been filed by plaintiff.

Plaintiff now moves for reconsideration of the order as it is (1) moot and (2) because the

undersigned appeared concerned that plaintiff had not filed a response.  Plaintiff shows that he

had agreed to submit to the examination, and that the parties had agreed to the removal of the

motion to compel from the court's docket prior to the motion's September 19, 2007 hearing date.

Plaintiff also indicates that "according to defendant's counsel, his office called Chambers and

asked how they could withdraw the motion.  Chambers indicated that Defendant's counsel

---

[1] Rec. Doc.57.

[2] Rec. Doc. 60.

2

should send the letter to the Court.  Defendant did so.  Exhibit 2." Such notification was not

received by the undersigned but, instead, a review of plaintiff's submissions shows that the

referenced correspondence was sent by facsimile to Judge Richard T. Haik, Sr., at 337-593-5110.

Considering the foregoing,

**IT IS HEREBY ORDERED** that plaintiff's motion to reconsider is **GRANTED**.

**IT IS FURTHER ORDERED** that the ordered entered on October 1, 2007 is

**VACATED**, and defendant's Motion to Compel Plaintiff to Submit to an Independent Medical

Examination is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the Clerk of Court is to remove Plaintiff's

Unopposed Motion to Reconsider Court's Ruling on Motion to Compel Independent Medical

Examination for the undersigned's October 24, 2007 motion calendar.

Signed at Lafayette, Louisiana, on October 4, 2007.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)